## Commonwealth ex rel. Powell, Appellant, v. Myers.

Submitted June 14, 1965. *George Powell,* appellant, in propria persona;

*Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.